IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                              CASE NO. 1:15-CR-96-SA

CHRIS EUGENE COSNER

## ORDER

For the reasons fully articulated in a separate Memorandum Opinion issued this day, and in accordance with the Court's bench ruling after the September 15, 2016 hearing on this matter, the relief requested in Chris Cosner's Motion to Set Aside the Verdict [40] is DENIED.

SO ORDERED on this the 20th day of September 2016.

                                                                       /s/ Sharion Aycock
                                                                UNITED STATES DISTRICT JUDGE