IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                    CASE NO. 1:15-CR-96-SA

CHRIS EUGENE COSNER

ORDER

The Court held a hearing on this matter on September 15, 2016. The Court considered the briefs filed as well as argument made by counsel at the hearing, and denied Cosner's Motion to Set Aside the verdict against him in this case [40]. Subsequently, the Court issued an Order [45] and Memorandum Opinion [48] outlining the issues and the reasons for the decision. Cosner now requests reconsideration of that decision through the instant Motion [49].[1]

The Court has reviewed Cosner's motion, and finds that he has not raised any new facts, arguments, or authorities that were not heard and addressed in the Court's initial ruling on these issues. Because the instant motion does not contain any new information for the Court consider, the Court finds that the motion is not well taken and must be denied.

SO ORDERED on this the 28th day of September 2016.

  /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

---

[1] Cosner filed this motion *pro se* despite having appointed counsel in this case.